No. 17-1145            September Term, 2016

EPA-82FR25730

Filed On: July 31, 2017

Clean Air Council, et al.,

      Petitioners

    v.

E. Scott Pruitt, Administrator, Environmental Protection Agency and Environmental Protection Agency,

      Respondents

------------------------------

American Petroleum Institute, et al.,

      Intervenors

**BEFORE:**   Garland, Chief Judge, and Henderson, Rogers, Tatel, Brown*, Griffith, Kavanaugh*, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the petitions for rehearing en banc, it is, on the court's own motion,

**ORDERED** that the Clerk issue the mandate to the agency forthwith. It is

**FURTHER ORDERED** that by 4:00 p.m. on Wednesday, August 2, 2017, petitioners file a response to the petitions. The response may not exceed 3,900 words. Any reply may be filed by 4:00 p.m. on Thursday, August 3, 2017. The reply may not exceed 1,950 words. In addition to electronic filing, the parties are directed to hand-deliver paper copies of their submissions to the court by the time and date due.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

              BY:    /s/
                      Scott H. Atchue
                      Deputy Clerk

---

* Circuit Judges Brown and Kavanaugh would not issue the mandate forthwith.